```
           UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LINDA HUDSON AND STEPHANIE HUDSON    :  CIVIL ACTION
                                     :
     V.                              :
                                     :
WILBERTO GONZALEZ & DOLLAR RENT A    :
CAR SYSTEMS, INC., & RENTAL CAR      :  NO. 02-4365
FINANCE CORP.
```

ENTRY OF APPEARANCE
AND JURY TRIAL DEMAND

TO THE DISTRICT COURT CLERK

Please enter our appearance on behalf of the Defendants, Dollar Rent A Car Systems, Inc. and Rental Car Finance Corp., in the above captioned case.

Defendants, Dollar Rent A Car Systems, Inc. and Rental Car Finance Corp., demand a jury trial in the above case. Jury of twelve, with alternates demanded.

MARGOLIS EDELSTEIN

BY: _____
    JOSEPH GOLDBERG, ESQUIRE
    Attorney for Defendants Dollar Rent
    A Car Systems, Inc. and Rental Car
    Finance Corp.
    I.D. No. 21376
    The Curtis Center - Fourth Floor
    Independence Square West
    Philadelphia, PA 19106-3304
    (215) 922-1100