```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


LINDA HUDSON and,                  :      CIVIL ACTION
STEPHANIE HUDSON                   :
                Plaintiffs         :
                                   :
           v.                      :
                                   :
WILBERTO GONZALEZ and,             :
DOLLAR RENT-A-CAR SYS, INC, and    :
RENTAL CAR FINANCE CORP,           :
                Defendants         :      NO. 02-4365
```

ORDER

     AND NOW, this _____ day of January, 2003 upon consideration of the Plaintiffs' Motion to Strike/Compel Discovery Responses Directed to Defendants(Docket #11) and the defendant's response thereto, IT IS HEREBY ORDERED THAT the motion is DENIED IN PART and GRANTED IN PART as follows.  IT IS FURTHER ORDERED:

     (1) Pursuant to Local Rule 26.1g, the defendant, Dollar Rent-a-Car shall respond to the plaintiff's interrogatories on or before January 14, 2003; and

     (2) Because the defendants have indicated in their response that both Dollar Rent-a-Car and Wilberto Gonzalez have provided a response to the plaintiffs' requests for production of documents, the part of plaintiffs' motion that seeks to compel Dollar Rent-a-Car and Mr. Gonzalez to respond the respective requests for production of documents is denied as moot; and

(3) The defendant, Wilberto Gonzalez, shall verify his answers to interrogatories on or before January 17, 2003; and

(4) As it appears that the statement made by Mr. Gonzalez that is in custody of defense counsel was prepared in anticipation of litigation, and thus is work product, the portion of the plaintiffs' motion seeking to compel the production of this statement is denied.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.