IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA HUDSON and, | : | CIVIL ACTION |
| STEPHANIE HUDSON | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| WILBERTO GONZALEZ and, | : | |
| DOLLAR RENT-A-CAR SYS, INC, and | : | |
| RENTAL CAR FINANCE CORP, | : | |
| Defendants | : | NO. 02-4365 |

<u>ORDER</u>

AND NOW, this _____ day of January, 2003, upon consideration of the Defendants' Motion to Compel Discovery Responses Directed to Plaintiffs (Docket #15), IT IS HEREBY ORDERED THAT the motion is DENIED without prejudice pursuant to Local Rule 26.1(f) because the motion does not contain a certification of counsel that the parties, after reasonable effort, are unable to resolve the dispute.

BY THE COURT:

_____
MARY A. McLAUGHLIN, J.