CERTIFICATE OF SERVICE

I, ROBERT D. MACMAHON, ESQUIRE, hereby certify that a true and correct copy of the foregoing Response Memorandum by Defendants, Wilberto Gonzalez, Dollar Rent A Car Systems Inc., and Rental Car Finance Corp., was served as indicated below on the _____ day of December, 2002, upon the following:

Alexander P. Palamarchuk, Esquire
Frank & Rosen
Eleven Penn Center, Suite 320
1835 Market Street
Philadelphia, PA 19103

                                                         ROBERT D. MACMAHON, ESQUIRE

DATED: _____