IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA HUDSON, et al | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 02-4365 |
| WILBERTO GONZALEZ, et al | | |

O R D E R

**AND NOW, TO WIT:** This 20th day of February, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

BY:_____
Carol D. James,
Deputy Clerk

<u>*mailed from chambers 2/20/03:*</u>
_____*Alexander J. Palamarchuk, Esq.*
*Joseph Goldberg, Esq.*
*Robert D. Macmahon, Esq.*
<u>*faxed from chambers 2/20/03*</u>*:*
*Alan L. Frank, Esq.*

Civ 2 (7/95)
41(b).frm